FILED

08/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0227

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. 20-0227

_____

DEBBIE MARIE WELSCH,

Plaintiff and Appellant,

vs.

SPECTRUM MEDICAL,

Defendant and Appellee.

## ORDER FOR DISMISSAL WITH PREJUDICE

Before this Court is the parties' Stipulation for Dismissal with Prejudice, and the Court having read and reviewed the Stipulation and good cause appearing:

IT IS HEREBY ORDERED the above-captioned case is DISMISSED WITH PREJUDICE, and each party is to bear their owns costs and fees.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 13 2020